D&F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAWRENCE FELTZIN,

          Plaintiff,

- against -

SHAHERISON REALTY CO., LLC,

          Defendant.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2017 ★
LONG ISLAND OFFICE

Case No.: 2:16-CV-5341

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is hereby voluntarily dismissed, with prejudice, against the defendant Shaherison Realty Co., LLC, without costs to any party, and an order to that effect may be entered without further notice.

Dated: New York, New York
April ___, 2017

FULLER, FULLER & ASSOCIATES, P.A.

By: _____
Lawrence A. Fuller, Esq.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
(305) 891-5199
*Attorneys for Plaintiff*

Dated: New York, New York
April 13, 2017

McLAUGHLIN & STERN, LLP

By: _____
Jacqueline C. Gerrald, Esq.
260 Madison Avenue
New York, New York 10016
(212) 448-1100
*Attorneys for Defendants*

SO ORDERED:

s/ LEONARD D. WEXLER, USDJ

HON LEONARD D WEXLER
USDJ.
CENTRAL ISLIP, NY
4/20/17